**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Dawn Dowling,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>United States Department of Treasury, et al.,<br><br>　　　　　　Defendants. | No. CV-24-00489-TUC-CKJ<br><br>**ORDER** |

　　　　Pursuant to explanations and directives provided by Order of this Court in CV 24-490 TUC CKJ (Order (Doc. 5)), this action is dismissed for lack of venue.

　　　　**Accordingly,**

　　　　**IT IS ORDERED** that the Clerk of the Court shall GRANT the Application to Proceed *In Forma Pauperis* (Doc. 2).

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall SEAL the Application to Proceed *In Forma Pauperis* (Doc. 2) because it includes the name of her minor son.

　　　　**IT IS FURTHER ORDERED** that, pursuant to the Order (Doc. 5) issued in CV 24-490 TUC CKJ, the Clerk of the Court shall close this case for lack of venue.

　　　　Dated this 22nd day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Cindy K. Jorgenson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge